FILED
JUL 16 2020
CLERK'S DISTRICT CLERK
S DISTRICT OF TEXAS
LA D.

1. In your complaint, you have named Cpt. Parker as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

While acting under Corler of state law ~~state~~ Cpt. Parker as a defendant personally failed to Protect me from Sexual Harassment, where on Aug 16, 2019 you will see on A. Hughe camera at or around 10:00 AM ~~and to~~ 4:30 P.M. I The Plaintiff give the Defendant Cpt Parker a detailed letter of all Events of Sexual harassment by G Gomez # and Verbaly also explain while standing in front of the 8 Chow hall on camera.

The adverse Consequence of Defendant Cpt. Parker failure to act under corler of State law for ~~Prou~~ PREA, ZERO Tolerence to aid me by seperating me ~~and or investigatn 2~~ on Aug 16, 2019 Caused me Plaintiff Phillip Lowe to be subject to stabbing beaten with lock and threaten to be tied up by G. Gomez on Aug 17, 2019, Therefore it is in my belief That it ~~is~~ is and has become transparent that ~~my 8th Amendment~~ Constitutional right has been violated by Deliberate indiffrence failure to Protect by Cpt Parker on Aug 16, 2019.

The harm I have suffered for which relief is sought is Pain and suffering, Mentle Anguish and Penitive Diciplinary That cause damage to oppertunity to have Parole. I was Put on HIV and HEP C PEP Meds that caused Pain and depression. I still have fears of day Of Stabbing and nightmares,

The final Adverse consequence of Cpt Parker failure to protect is ~~The failure of~~ Stated above and for the perpose of The court to have specific answers for reason to give Relief for punitive damages, and compensary relief of 80,000 ~~(Thou~~ Eighty Thou~~sand dollers~~ Thousand dollers To plaintiff Phillip Lowe.

2

2.    In your complaint, you have named Brent Berridge as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when.  Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

While acting under corier of state law ~~and~~ Brent Berridge as a defendant The ~~B~~ C.O.V Berridge of the 1/2 card of The Alfred Hoqte unit Personally did Criminal organized fraud on Sept, 17, 2020 I was Assaulted by defendant C.O.V Berridge of the 1/2 card and he failed to give Medical aid when I the Plaintiff requested Medical for chest Paynes where J was dizzy and in need of medical Assistance in emergency situation. This can be seen on camera on ~~Aoq 17~~ Sept 17, 2019 ~~B~~ at or around between 10:20 am and 11:50 am.

I Suffered An Shoulder indury, and unar nerve ~~duna~~ damage that will need Inside medical aid while in Prison and when release and will be a reason for loss of waoes for limited worte that can be done as it is most work I will be required to do ~~with be re~~ Use hand and Shoulder will be loss fer lack of time that I cun reretitively use. I am still suffering Pain in Shoulder and hand of right ~~body~~ Side of my body

~~@~~ The defendant did also continue to ~~hurass~~ hurass me by showing up at Medicul and walk me to medical in the middle of my walk from chow and for no apparent reason but to ~~hurra~~ harass and aggravivate me. These events are the why I am seeking relief for the 8th Amendment of ~~the~~ MY Constitutional Right that has bee violated cruel and unusual Punishment.

I am PePturfied at night I believe it is transparent that C.O.V Berridge of the 1/2 card even as desk boss with in ~~3~~ The 24 day or more was made aware of ~~what~~ The Stabbing That took Place on his building and the Zrevence written and did So on Aoq 17-2019 motivate Premeditated Severe ~~bot~~ beating he gave me,

3. In your complaint, you have named Sgt. Witiker as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

While acting under color of state law ~~of whether as a defendant personally failed~~ Sgt Witiker as a defendant Personally did criminal organized fraud on Aug-17-2019. You will See on camera of 7 building cesk area. at or around between 10:00 am to 12:16 Pm The SGt witiker Cohersing me to write Statement instead of calling The OIG, where he took first Statement and destroyed it because it stated Stabbing and details of sexual ~~turret~~ harassment and fear of rape, he then Gave me a New statement Copy and Said Just write "No Longer in danger" or get a write up for - dis obeying a direct order. I did against my will and here is where Sgt Witikers Aug-17-2019 Cohersion is a 8th Amendment constitutional rights Violateon.

   I recieved adverse consequence of loss of opportunity to see Procedure for OIG to investigate and show attempt murder and or aggravated Assault done to me brouht to light and to Serve Justice by charging Gilbert, Gomez ~~for #~~ for what he did to me, I have depression that I suffer mentle anguish and ongoing lack of trust for Security to be given by those Sworn to Protect.

   I have for these reason seeking relief of 80,000 Eighty thousand doller for Punitive damages and compensary ~~damages relief~~ and nominal damages is what I seek relief in.

4

4. In your complaint, you have named CO Leach as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

While acting under corler of state law C.O Leach did criminal organized fraud, The defendant on Aug 17 2019 wrote an erroneous Diciplinary, that was corrected in hearing by Cpt Martinez on a date of hearing, The Diciplinary written by C.O Leach stated No indury had taken place, and on a later date on day of hearing the Statement was corrected by Cpt Martinez to with indury decause comfermation was Made from medical. The C.O Leach while under corler of State law did So Violate The 8th Amendment right Constitutional right For cruel and unusual ponishment, for the Health and Saftey code Violation 181.101 and 181.201 Not using training to write true statements and to Not falsity Documents. The Harm done Has cause Mentle Anguish of depression sleepless nights, loss of time to have correct custody promotion Given and harm to opportunity to Parole realease dammaged The C.O Leach to part in search for stubbing weapon while No OIG was Notifyed. I Plaintiff am seeking Punitive damages and to have Compersury relief of 80,000 eighty Theosand dollers.

5. In your complaint, you have named Librarian Hamilton as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

While acting under corler of state law The defendant Librarian Hamilton personally did Criminal organized fraud throughout This whole Pursuit of seeking Justice for my constitutional right being Violated Theougout Aug 17, 2017 and Presently I have No Access and No Indirect access to law library for Purpse to leach Penal codes and employee roster to strenthen My law suit for Criminal und Federal and State laws that have been broken Such as to investagate why did G. Gamez # 1556875 die in custody of A. Hughes and who else was took Part in death of C.O MS Nellums who was with Sgt Jackson at time for reason I had Suspected parker herd Statement by Sgt Jackson Such as look at him with that cone he Needs it Statement Said while in presents Of Cgt parker at pole Schow pole that led me to Suspect that Cgt Parker took this Statement in fustration causing make him to Motivated to person of suspesion to the cur accident that harmed Sgt Jackson and death Of C.o Nellums. I was also Seeking to research case law for this 1983 for with I have only had Indirect Access to file 1983 and to pick up payd for grievences that ogies are made unreadable. This is Cruel and unusual Punishment under the 8th Amendment Constitution that has been Violated, 6 And Im seeking punitive damages agaist The deffendant Hamilton and compensary relief of 80.000 Eighty Thousand dollers, I have depression and mentle anguish

6.  Describe in detail what injuries you sustained as a result of the assault by the other inmate. I was stabed in right chest shoulder area, I have depression, Thought of Memery of Day being told to let me tie you up days Unable to Cope, Pain and Anguish of memery of painful Medication taken to prevent HIV and Hepe, fears of being raped The sexual harassment has cause me grief. Nightmares, spTsD and PTSD. lower back pain

a.  Were you hospitalized? If so, for how long? I was Taken To 42 minet Visit to Enfermerg and Galviston eye clinic of John celly for 3 to 12 hours mor or less in all.

b.  What treatment and/or medication have you been given, if any, for your injuries? I was given Care, I was given Pep-KalETRA, Pep-Lamivudine, Pep-Zidovudine 300, Robacson Muscle rolaxer,

7

c. What is your medical condition now.

I am still testing for HiV and Hep-c, I still have nightmares and SPTSD and PTSD

7.  Your complaint alleges that excessive force was used against you by officers. Answer the following questions about this incident:

a. On what date did this occur? If you do not know the exact date, then try to provide an approximate date. Sept 17, 2019

b. Identify by name the officers who used force against you.

C. O V Berridge On The 1/2 card Of The Alfred Hughe unit ingassville TX 76597

c. Where did the use of force occur?

on 7building A in Outside of desk area of The 7building Alfred Hughes unit.

d. Fully describe the situation immediately before the use of force or assault.

I did come onto 7building while dizzy and having Chest pains cause by mouth Sores and Not being to finish food asle the desk boss to give me aid to Medical but was refused While I was in transparent medical distress

e. Before the use of force occurred, did you do anything that the defendant(s) may have thought was a verbal threat or threatening move, however wrong the defendant(s) might have been? If so, give details.

No I was Non Threatning I was in medical Distress

f. What is your height and weight. 6.1 height weight 179.1b

g. Describe in detail what injuries you sustained as a result of the assault.

Deppression, mentle anguish, unar nerve damage in hand and shoulder, lower back pain.

h. Were you hospitalized? If so, for how long?

A short infermiry visit was done 10 to 15 minets And multiple visit to galviston a 3 to 4 day stay 2 to 3 visit to neto sergeons, and set date For shoulder Therapy at Estelle unit.

i.  What treatment and/or medication have you been given, if any, for your injuries?

I was given gamble penten (Naroten), Diphenydramine, Phen Toin sod, Medical Mouth wash (CHLOPHEXIDINE), Zoloft. Robueson.

j.  What is your medical condition now.

Unar nerve damage in hand That travels to Shoulder and lower back pain and PTSD.

k. Did the defendant(s) sustain any injuries during the use of force? If so, give full details.

Not That I know of.

l. Have you been involved in any other incidents with the same officer(s)? If so, give full details. I was Taken To false appointment to medical I was Called Bitches I was Stalked while at medical.
I was told Im no longer on his Shit list.

8. Did you receive a disciplinary case as the result of the use of force? If so, answer the following questions:

   a. Describe with detail the charges filed against you, including the case number, the offense charged, and the name of the charging officer.

   Refusal to obey order. case # 2020002 3719
   Major cases (C.O.Berridg : Shit card 1/2
   charging officer).

   b. Did you have a disciplinary hearing? If so, when did the disciplinary hearing occur?

   10-3-19 Date of hearing

c. Were you found guilty of the charges? If so, state what punishment you received and whether you lost any previously earned good time credits. I was found guilty 45 No commissary 45 No recreation 45 property Days Remain Line 3

d. If you were found guilty of the disciplinary charges, have you filed an appeal? If an appeal was filed, what result, if any, have you received?

Both Step one and Two appeal were filed and The result remain The Same of No dismissal of Charge for over tuning case 2020023719.

15

9. You claim you were retaliated against and harassed by the defendants. List everything that you are claiming the defendants have done as retaliation against you and the date of each occurrence.

Sept, 17, 2019, Assault by slamming to ground hitting with hand cuff and calling ~~scum~~ Bitch, The refusal to Medical Aid...

Several orther occation the taking to medical when there was no appropriat reason for going nor schedule the day I was put in cage on 8 building while attempt to file sexual ~~harrass~~ ~~hara~~ harassment for being call a bith and threaten to be realy beaten of this time for attempt to heel help. date going into my housing while I was gone and the reporting him to captian for that same day See grievence enedence written.

for what reason information travels about specific indivisials that violate prea procedures policy for with a stabbing was also the outcome and then reported on grievence 202000l043. as you'll see did so take place on same ~~build~~ 7 building that C.OV Berridge works for this reason I Greatly Believe is the transparent reason C.o Berridge Knowingly while under corler of ~~law retaliated,~~ state law retaliated. The Defendant works same building that I got Stab on.

10. Exactly what have you done or supposedly done for which the defendant(s) is retaliating against you? The defendant C.O Berridg of The 1/2 Catb of The A. Hughe under corler of state law stated I was no longer on his shit list while at a time The defendant Knowingly, was aware of event of stabbing on his building 7. That he works as desk and that I am an constant grievence writter agaist and that I did so write a grievence agaist his co worker and Rank officer of same catd for failing to protect, to best of my Knowledge and belief.

11. How do you know that this is the behavior for which you are suffering the retaliation? Give specific facts which lead you to believe that the defendants' acts were done in retaliation against you and not for some other reason.

The Statement on and omission by C.O V Berridge 1/2 Card on more than one occassion spoke about who was on and off his shit list, and he went on to walk me to medical for ~~dat~~ For reasons to stalk continueously and even at onther time in 2019 Id report Berridge to Parker and orther Rank official for his stalking and for these reason that C.O Berridge was on same catd 1/2 while under corler of state law gained Knowledge of grievence ~~a month~~ ~~after~~ ~~septe 17 2018~~ ~~Indirectly Attacte me.~~ ~~while cutting pussy Bitch white on me and otter time~~ ~~Gatting~~ The retaliation offenders recieve after grievences written is Highly ~~Knowed~~ to happen and can be dangerous and here is where for this reason grievence 2020001043 I was Assaulted Too, on Sept. 17, 2019 by C.O V Berridge 1/2 card.

Case 6:20-CV-000557

Page 1 of 2 of Question 12 of page 18

12. Plaintiff is to include the following declaration at the end of his more definte statement.

I have for the courts Stated boldly The 8th Amendment Violation of my constitutional rights against one Deliberate indifrence under equal right and A real induries were done as a consequence that I soght protection from, The policy for Zero Tolerence was failed me here on The Alfred Hughe Unit, The death of My offender Assaulter has not stop the grief, The severe beating I've taken for Speaking Uy in pursuit has destroyed Creditbility for security in filing grievences with out retaliation and still to this day I am under servalence but being shut in hit with door with both me and TDCJ Nigerlan Gaurd being pin between door on camera while picket Boss with control of doors laughs on, for all these induries That I am currently being treated for Im seeking Justice for punitive damage, Nominal damages, and Compensory damages From each deffendant that are named under corler of State law. I declare under pea I've requested Eighty Thousands dollers From Each defendant for relief, Comgpensary, Nominal, and compensory relief

6:20 - CV - 000557

Page 2 of 2   of Question 12   of page 18

I declare under penalty of perjury under the law of the United States of America, that the foregoing is true and correct. Title 28 U.S.C Section 1786. Siged this July day of 13 2020

Signature of plaintiff

12.   Plaintiff is to include the following declaration at the end of his more
definite statement: *Will This ~~court~~ Also Too Turn a blind eye to the 8th Amendment right constitutional violated by Criminal organized crime Today?*

  I declare, under penalty of perjury under the laws of the
United States of America, that the foregoing is true and
correct.  Title 28 U.S.C. Section 1746.  Signed this July day
of _____13_____ , 2020.

       _____
       Signature of Plaintiff

**SIGNED** on June 25, 2020

      _____
       ALAN D ALBRIGHT
       UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **PHILLIP LUMAR LOWE #2027814** | § | |
| | § | |
| **V.** | § | **W-20-CA-557-ADA** |
| | § | |
| **CPT. PARKER, et al.** | § | |

## ORDER

Before the Court is Plaintiff's Complaint in which he asserts Defendants failed protect him from an assault by another inmate and engaged in retaliatory conduct. Under the notice pleading requirement for a federal lawsuit, Plaintiff is required to state what acts Defendants did to cause him damage. As currently written, Plaintiff's Complaint lacks sufficient facts and is inadequate as a result. Without additional details, Plaintiff's Complaint may be dismissed for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii); *Brown v. Taylor*, 829 F.3d 365, 370 (5th Cir. 2016).

It is, therefore, **ORDERED** that Plaintiff shall file a more definite statement in which he answers the following questions **on or before July 27, 2020**. *See* Fed. R. Civ. P. 12(e); *Parker v. Carpenter*, 978 F.2d 190, 191 (5th Cir. 1992); *Spears v. McCotter*, 766 F.2d 179, 180-81 (5th Cir. 1985). A failure to do so will cause this Court to dismiss Plaintiff's complaint for want of prosecution.

The questions the plaintiff is **ORDERED** to answer are as follows:

Phillip Lowe 2021011
Hughes unit
3201 FM 929
Gatesville TX. 76597

CLERK U.S DISTRICT COURT
Western District of Texas
United States courthouse
800 Franklin Ave Room 380
Waco Texas, 76701

Legal