IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **PHILLIP LUMAR LOWE,**<br>*Plaintiff,* | §<br>§<br>§ | |
| | § | W-20-CV-00557-DTG |
| v. | §<br>§ | |
| **DANIEL PARKER,**<br>*Defendants.* | §<br>§<br>§ | |

## JUDGMENT

This action came before the Court for a trial by jury commencing on June 22, 2022 between Plaintiff Phillip Lumar Lowe and Defendant Daniel Parker. The issues have been tried by a jury with Magistrate Judge Derek Gilliland presiding, and the jury rendered its unanimous verdict on June 23, 2022 (ECF No. 120). In accordance with the jury verdict, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff recover nothing and the action be dismissed on the merits. This FINAL judgment starts the time for filing any post-trial motions or appeal.

This is a **FINAL JUDGMENT**.

SIGNED this 29th day of June, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE